UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROMARO CLEETON JOHNSON,
a/k/a "Rome,"

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**

On or about June 22, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Prior Serious Drug Felony Conviction

Before the Defendant, ROMARO CLEETON JOHNSON, a/k/a "Rome," committed the offense charged in this count, the Defendant was convicted of manufacturing/delivery of controlled substances, less than fifty grams, in violation of M.C.L. § 333.7401(2)(a)(iv), in or about June 2016 in Grand Traverse County, Michigan, a serious drug felony for which he served more than 12 months in prison

and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencement of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 802(58)

**COUNT 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 22, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowingly possessed a firearm, that is, a loaded Taurus International MFG, Model The Judge pistol, .45 caliber/.410 gauge revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as charged and described in Count 1 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

**<u>COUNT 3</u>**
**(Felon in Possession of a Firearm)**

On or about June 22, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a “Rome,”**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in a vehicle, a loaded Taurus International MFG, Model The Judge pistol, .45 caliber/.410 gauge revolver, which was in and affecting commerce.

Before the Defendant, ROMARO CLEETON JOHNSON, a/k/a “Rome,” committed the offense charged in this count, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 921(a)

**COUNT 4**
**(Felon in Possession of a Firearm)**

On or about June 22, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in a residence, a loaded Taurus G3 9mm handgun, which was in and affecting commerce.

Before the Defendant, ROMARO CLEETON JOHNSON, a/k/a "Rome," committed the offense charged in this count, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 921(a)

**COUNT 5**
**(Possession with Intent to Distribute Methamphetamine)**

On or about March 4, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Prior Serious Drug Felony Conviction

Before the Defendant, ROMARO CLEETON JOHNSON, a/k/a "Rome," committed the offense charged in this count, the Defendant was convicted of manufacturing/delivery of controlled substances, less than fifty grams, in violation of M.C.L. § 333.7401(2)(a)(iv), in or about June 2016 in Grand Traverse County, Michigan, a serious drug felony for which he served more than 12 months in prison and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencement of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 802(58)

**COUNT 6**
**(Felon in Possession of Firearms and Ammunition)**

On or about April 30, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms, all of which were in and affecting commerce:

- Delton Inc., Model DTI-15 caliber pistol;
- Interdynamics, Model KG9, 9mm pistol;
- .45 ACP caliber ammunition bearing a headstamp of "R A 42";
- .45 ACP caliber ammunition bearing a headstamp of "SPEER 45 AUTO"; and
- .38 Special caliber ammunition bearing a headstamp of "FEDERAL 38 SPECIAL.

Before the Defendant, ROMARO CLEETON JOHNSON, a/k/a "Rome," committed the offense charged in this count, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 921(a)

**COUNT 7**
**(Possession of Unregistered Firearms)**

On or about April 30, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the Defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

knowingly possessed two firearm suppressors (i.e., "silencers"), neither of which was registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. § 5861(d)
26 U.S.C. § 5841
26 U.S.C. § 5845
26 U.S.C. § 5871

**FORFEITURE ALLEGATION**
**(Possession of a Firearm in Furtherance of Drug Trafficking and Felon in Possession of Firearm and Ammunition)**

The allegations contained in Counts 2, 3, 4, and 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as charged in Count 2 of this Indictment, or upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1), as charged in Counts 3, 4, and 6 of this Indictment, the defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

shall forfeit to the United States any firearms or ammunition involved in or used in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

- Taurus International MFG, Model The Judge pistol, .45 caliber/.410 gauge revolver;
- A Taurus G3 9mm handgun;
- Delton Inc., Model DTI-15 caliber pistol;
- Interdynamics, Model KG9, 9mm pistol;
- .45 ACP caliber ammunition bearing a headstamp of "R A 42";
- .45 ACP caliber ammunition bearing a headstamp of "SPEER 45 AUTO";
- .38 Special caliber ammunition bearing a headstamp of "FEDERAL 38 SPECIAL"; and

- All otherwise associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)

**FORFEITURE ALLEGATION**
**(Possession of Unregistered Firearms)**

The allegations contained in Count 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872.

Upon conviction of the violation of 26 U.S.C. § 5861(d) set forth in Count 7 of this Indictment, the defendant,

**ROMARO CLEETON JOHNSON,**
**a/k/a "Rome,"**

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to two firearm suppressors (i.e., "silencers") seized from his property on April 30, 2025.

26 U.S.C. § 5872
28 U.S.C. § 2461(c)
26 U.S.C. 5861(d)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney