UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



DEFENDANT'S
EXHIBIT
B

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROMARO CLEETON JOHNSON,

        Defendant.

_____/

**Hon. Jane M. Beckering**

**U.S. District Judge**

**Case No. 1:26-cr-8**

### Affidavit of Defendant Romaro Johnson

Defendant Romaro Johnson states the following under the penalty of perjury.

1.  I worked as a confidential informant and reported to affiant Jeffrey Salmon of the Kalamazoo Valley Enforcement Team from approximately 2022 through March 2024. Affiant Salmon and I continued "off-the-books" in-person meetings and phone contacts until April 2025.

2.  Affiant Salmon and I communicated regularly to discuss investigative leads. After the June 22, 2023 search warrant at my apartment, affiant Salmon and I continued to meet regularly.

3.  I lived at the Mulberry Point Apartments on the day of the June 22, 2023 search warrant execution. The road is Sanibel Island, and my apartment number was B3.

4.  For a short period reflected in the June 2023 search warrant affidavit, I worked at my apartment complex as a maintenance worker before I began working at Eds Breads in Portage, Michigan. The apartment complex has approximately eight buildings where each building contains approximately 12 individual apartment units.

5.  I am a single father with full legal custody of my children. My apartment B3 at Mulberry Point was not large enough for my family so I planned to move out in the summer of 2023.

6.  I told affiant Salmon in 2023 about my plan to move out of my apartment into a larger home.

7.  I met with affiant Salmon at remote locations without issue. However, in February 2023 affiant Salmon began to suggest that we meet at my apartment (B3). I was not comfortable with being seen meeting with police at my apartment (B3).

8.  Around the time period of February/March 2023 affiant Salmon stated that he and his sergeant needed to meet with me. Affiant Salmon stated to me that he and his sergeant were parked at my apartment complex waiting for me to arrive home.

9. I ultimately met with affiant Salmon and his sergeant in February/March 2023 at a restaurant near my apartment.

10. Although I had previously met with affiant Salmon dozens of times before, meeting at my apartment was never brought up until February/March 2023.

11. On June 20, 2023 (two days before the June 22, 2023 search warrant execution) I met with affiant Salmon in-person to discuss specific targets. Affiant Salmon and I were in direct contact several times on June 20, 2023.

12. On or about June 22, 2023 my apartment was searched. At the end of the search warrant execution affiant Salmon and I spoke privately without him recording any of the conversation. He explained to me what I needed to do to "help myself".

13. A Child Protective Services (CPS) case was opened against me as a result of the June 22, 2023 search warrant execution at my apartment. Affiant Salmon told me that he was aware of the case and spoke with one of the caseworkers in my case.

14. Approximately two months after the June 2023 apartment search affiant Salmon spoke with me about a specific target that he wanted me to target for a controlled buy.

15. Affiant Salmon told me that he would assist me in regaining custody of my kids if I continued to provide information. But, if I refused he would not assist me and I would lose custody and go to prison. He said that he would rather me "work" than go to prison.

16. In March 2024, I recruited another person (M.C.) to work directly for affiant Jeffrey Salmon as an informant in order to make the March 4, 2024 criminal allegations go away.

17. I certify under penalty of perjury that the foregoing is true and correct.

      FURTHER YOUR AFFIANT SAYETH NOT.

_____
Romaro Cleeton Johnson


Dated: April __17__, 2026

                                            _____
                                            Geoffrey Upshaw (P62598)
                                            Law Office of Geoffrey Upshaw
                                            Atty for Defendant Romaro Johnson
                                            250 Monroe Ave NW, Suite 400
                                            Grand Rapids, MI 49503
                                            (616) 278-8092