UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ROMARO CLEETON JOHNSON,

          Defendant.

**Hon. Jane M. Beckering**

**U.S. District Judge**

**Case No. 1:26-cr-8**

_____/

**Motion to Restrict Exhibit B of Defendant's Motion to Suppress
2023 Search Warrant Under Restricted Access**

Now comes defendant Romaro Johnson, through counsel, and moves for leave to Restrict Exhibit B to defendant's Motion to Suppress the 2023 residential search warrant under restricted access. (Document: R. 28-2, PageID.125-126). Exhibit B contains sensitive information related to the case. Defendant Johnson requests that access be limited to the Court and parties.

A protective order is necessary, "where there is reason to believe that a [person] would be subject to physical or economic harm if his identity is revealed." *See United States v. Ocampo*, No. 3:21-CR-00163, 2022 U.S. Dist. LEXIS 21291, at *2 (W.D. Ky. Feb. 7, 2022). In *Ocampo,* the district court found good cause for a protective order when the discovery contained confidential informant information. *Id.* at *4; *see also United States v. Williams*, No. 3:21-CR-00153, 2022 U.S. Dist. LEXIS 61456, at *4-5 (W.D. Ky. Apr. 1, 2022) (finding good cause for a protective order where the discovery contained information about an informant).

Respectfully submitted,


Dated: April 17, 2026                          /s/ Geoffrey Upshaw
                                               Geoffrey Upshaw
                                               Attorney for Romaro Johnson
                                               P.O. Box 1054
                                               Grand Rapids, MI 49501
                                               Telephone: (616) 278-8092